## W. S. ROBSON ET AL. v. PLINEY BYLER ET AL.

### Decided December 3, 1896.

**Presumptions—Commissioners Court—Roads.**

Refusing a writ of error, on the ground that a correct result was reached, the court finds it unnecessary to decide whether the presumptions, which obtain with reference to judgments of courts of general jurisdiction, are to be indulged in favor of orders of Commissioners Courts in road matters.

APPLICATION for writ of error to Court of Civil Appeals for First Dis- trict, in an appeal from Fayette County.

The application was by Robson and Sowyers to obtain a writ of error to revise a decision affirming a judgment of the District Court perpetuat- ing an order enjoining applicants from reopening a highway over plain- tiffs' land, which had been closed for two years under an order of the Commissioners Court; which order plaintiffs claimed discontinued the road, but defendants, the road-overseers, attacked as invalid. The. record and briefs have not reached the Reporter, and a statement of the contents of the application is not necessary to an understanding of the opinion.

*Moore & Duncan,* for petitioners.

GAINES, CHIEF JUSTICE.—In our view of this case, it is not neces- sary to decide whether or not the same presumptions should be indulged in favor of an order of the Commissioners Court in establishing a new road which obtain in reference to the judgments of courts of general jurisdiction. Without passing upon that question, we are of opinion that the correct result was reached upon appeal and that there is no error in the judgment of the Court of Civil Appeals.

The petition for the writ of error is therefore refused.

*Writ of error refused.*